ABRAHAM WEINSTEIN, Respondent, v. WILLIAM R. HOPKINS, etc., and Others,

---

* *Sic.* See Laws of 1915, chap. 579, § 4, as amd. by Laws of 1916, chap. 287.— [REP.

# 816 CASES REPORTED WITH BRIEF SYLLABI.

Appellants.— Order denying motion to cancel notice of pendency of action affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.